1  DARRELL D. DENNIS
   Nevada Bar No. 006618
2  Email: Darrell.Dennis@lewisbrisbois.com
   JEFFREY D. OLSTER
3  Nevada Bar No. 008864
   Email: Jeff.Olster@lewisbrisbois.com
4  GREGORY S. BEAN
   Nevada Bar No. 12694
5  Email: Gregory.Bean@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  *Attorneys for Defendant*
   *GEICO CASUALTY COMPANY (incorrectly sued*
9  *as GEICO INSURANCE AGENCY, INC.)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HODY, individually, | CASE NO. 2:13-cv-01475-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| GEICO INSURANCE AGENCY, INC.; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

Plaintiff KENNETH HODY and Defendant GEICO CASUALTY COMPANY, by and through their counsel of record, hereby stipulate that the First Cause of Action in Plaintiff's Complaint

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4812-6185-3216.1

Hody v. Geico
Case No. 2:13-cv-01475-APG-PAL

filed in this matter be dismissed, with prejudice, thus dismissing all remaining claims and causes of action against Defendant in the above-entitled action, with prejudice, each party to bear their own attorneys fees and costs.

DATED this 28th day of October, 2014.

RICHARD HARRIS LAW FIRM

By_____
RICHARD HARRIS
Nevada Bar No. 00505
AJ SHARP
Nevada Bar No. 11457
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Hody*

DATED this 3 day of October, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
DARRELL D. DENNIS
Nevada Bar No. 006618
JEFFREY D. OLSTER
Nevada Bar No. 008864
GREGORY S. BEAN
Nevada Bar No. 12694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Casualty Company*

Hody v. Geico
Case No. 2:13-cv-01475-APG-PAL

## ORDER

IT IS HEREBY ORDERED that the First Cause of Action in Plaintiff's Complaint filed in this matter be dismissed, with prejudice, thus dismissing all remaining claims and causes of action against Defendant in the above-entitled action, with prejudice, each party to bear their own attorneys fees and costs.

**DATED** this 8th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
DARRELL D. DENNIS
Nevada Bar No. 006618
JEFFREY D. OLSTER
Nevada Bar No. 008864
GREGORY S. BEAN
Nevada Bar No. 012694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO CASUALTY COMPANY*

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4812-6185-3216.1

3